B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ruvalcaba, Jose J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1178** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1716 Tallmeadow Drive**<br>**DeKalb, IL**<br><div align="right">ZIP Code **60115**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Ruvalcaba, Jose J** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Ronald P Strojny                     October 22, 2013** Signature of Attorney for Debtor(s)              (Date) **Ronald P Strojny** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Ruvalcaba, Jose J**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jose J Ruvalcaba**
Signature of Debtor  **Jose J Ruvalcaba**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 22, 2013**
Date

#### Signature of Attorney*

X **/s/ Ronald P Strojny**
Signature of Attorney for Debtor(s)

**Ronald P Strojny**
Printed Name of Attorney for Debtor(s)

**Ronald P. Strojny**
Firm Name
**5839 W. 35th Street**
**Cicero, IL 60804**

_____
Address

Email: **rpstrojny@yahoo.com**
**708-652-2800  Fax: 708-652-2840**
Telephone Number

**October 22, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose J Ruvalcaba**                              Case No. _____

                                     Debtor(s)               Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                      Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jose J Ruvalcaba**
                    **Jose J Ruvalcaba**

Date:    **October 22, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose J Ruvalcaba** _____,     Case No. _____

                                     Debtor

Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 199,000.00 | | |
| B - Personal Property | Yes | 5 | 95,556.51 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 296,299.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 169,822.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 10,731.05 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,071.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 294,556.51 | | |
| | | Total Liabilities | | 466,121.46 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose J Ruvalcaba**                                              ,
                                                        Debtor

Case No. _____

Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 10,731.05 |
| Average Expenses (from Schedule J, Line 18) | 10,071.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,820.99 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 59,944.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 169,822.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 229,766.46 |

B6A (Official Form 6A) (12/07)

.

In re  **Jose J Ruvalcaba** _____ ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **1716 Tallmeadow Drive, DeKalb, IL 60115 (Debtor's Primary Residence) (Chase) (Foreclosure) (Debtor is joint on mortgage/note/title with non-filing spouse) (Debtor will attempt to modify his loan with Chase and retain property; no mortgage arrears to be paid through the plan) (Market value from MLSNI)** | **Fee simple** | - | 199,000.00 | 254,492.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **199,000.00** | (Total of this page) |
| Total > | **199,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Jose J Ruvalcaba** ,   Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Resource Bank checking account (Debtor joint on account with non-filing spouse) (Frozen by AFC lawsuit) | - | 82.00 |
| | | | Resource Bank checking account (Debtor DBA Dekalb Auto Shop) (Frozen by AFC lawsuit) | - | 2,500.00 |
| | | | Resource Bank checking account (Debtor DBA Dekalb Auto Sales) (Frozen by AFC lawsuit) | - | 320.00 |
| | | | Illinois Community Credit Union (only in non-filing spouse's name) | - | 500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Beds, Dressers, TVs, Radio, DVD Player, Computer, Sofa, Coffee Table, End Tables, Kitchen Table & Chairs, Small Appliances, Large Appliances, Washer, Dryer, Microwave, Cell Phones, Home Phone, Lamps, Flatware, Utensils | - | 1,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures, Family Photos, CDs, DVDs, Games | - | 100.00 |
| 6. | Wearing apparel. | | Necessary Wearing Apparel | - | 300.00 |
| 7. | Furs and jewelry. | | Wedding Ring, Watch | - | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >   4,902.00
(Total of this page)

____4____ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jose J Ruvalcaba** _____,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Owner of Dekalb Auto Sales; Sole Propriertorship; 730 E Lincoln Highway, Dekalb, IL 60115 (location of Debtor's business Dekalb Auto Sales); Title on location transferred to Debtor's wife, Sara Ruvalcaba; Value received $0.00; approximate value of building on property is $5,000; approximate value of land is $25,000; Quit Claim Deed: Prepared 11/16/2012; Recorded 01/07/2013** | - | **30,000.00** |
| | | **Vehciles currently on the lot:** | | |
| | | **2002 Dodge Grand Caravan (titled to Dekalb Auto Sales) $1,500** **2005 Dodge Caravan (titled to Dekalb Auto Sales) $2,500** **1999 GMC Jimmy (titled to Dekalb Auto Sales) $1,000** | | |
| | | **100% Owner of Dekalb Auto Shop; Sole Proprietorship; 1426 E Lincoln Highway, Dekalb, IL 60115; space is rented; only asset of this business is Debtor's mechanics tools and miscellaneous office furniture/supplies which have a value of approxiamtely $3,500** | - | **3,500.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >       **33,500.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jose J Ruvalcaba** _____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **People who owe money to DeKalb Auto Sales in "Buy Here Pay Here"; there is a lien for outstanding amounts on these vehicles in the name of Dekalb Auto Sales; however these debts are thus far uncollectable as the people list below have disappeared and Debtor doesn't know where to find them or the vehicles:** **Apolinar Jaen $2,710.44 for a 2002 Ford Escape XLT purchased 06/15/2013 Chiamaka Mogbo $356.03 for a 1999 Saturn SL purchased 04/20/2013 Ronnesha Wilson $2,200.25 for a 2001 Chrysler Town & Country purchased 12/20/2012 Paz Lopez $2,112.88 for a 2001 Ford Escape XLT purchased 10/08/2012 Oseas Gabriel $1,907.52 for a 2003 Chevy Tracker purchased 03/16/2012 Helen Teagus $1,326.15 for a 2005 Chevy Malibu purchased 03/21/2012 Donny Wright $3,622.24 for a 2005 Ford Escape purchased 02/25/2012 Kierra Langston $1,044.00 for a 1997 Saturn S-Series purchased 03/04/2011** | - | **15,279.51** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **15,279.51**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jose J Ruvalcaba**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Used Car Dealership License** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Landrover LR3 with approximately 93,000 miles in fair condition (Illinois Community Credit Union) (Value per NADA average trade-in)** | - | 11,650.00 |
| | | **2008 Hummer H2 with approximately 89,000 miles in fair condition (Illinois Community Credit Union) (Value per NADA average trade-in)** | - | 30,225.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Fish** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  | Sub-Total > | 41,875.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                          ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **95,556.51** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Jose J Ruvalcaba**                             ,       Case No. _____

                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1716 Tallmeadow Drive, DeKalb, IL 60115 (Debtor's Primary Residence) (Chase) (Foreclosure) (Debtor is joint on mortgage/note/title with non-filing spouse) (Debtor will attempt to modify his loan with Chase and retain property; no mortgage arrears to be paid through the plan) (Market value from MLSNI)** | **735 ILCS 5/12-901** | **15,000.00** | **199,000.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Stock and Interests in Businesses** | | | |
| **100% Owner of Dekalb Auto Shop; Sole Proprietorship; 1426 E Lincoln Highway, Dekalb, IL 60115; space is rented; only asset of this business is Debtor's mechanics tools and miscellaneous office furniture/supplies which have a value of approxiamtely $3,500** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **3,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Hummer H2 with approximately 89,000 miles in fair condition (Illinois Community Credit Union) (Value per NADA average trade-in)** | **735 ILCS 5/12-1001(c)** **735 ILCS 5/12-1001(b)** | **2,400.00** **2,120.00** | **30,225.00** |
| | | **Total: 21,320.00** | **233,025.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Jose J Ruvalcaba**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxxxxxx2634**<br><br>**Chase**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** | X | - | | Opened 7/01/05 Last Active 11/16/12<br>Purchase Money Security<br>1716 Tallmeadow Drive, DeKalb, IL 60115 (Debtor's Primary Residence) (Chase) (Foreclosure) (Debtor is joint on mortgage/note/title with non-filing spouse) (Debtor will attempt to modify his loan with Chase and retain property; | | | | | |
| | | | | Value $           **199,000.00** | | | | **254,492.00** | **55,492.00** |
| Account No. **xxxx9145**<br><br>**Illinois Community Credit Union**<br>**508 West State Street**<br>**Sycamore, IL 60178** | | - | | Opened 10/01/12 Last Active 3/20/13<br><br>Purchase Money Security<br><br>2008 Hummer H2 with approximately 89,000 miles in fair condition (Illinois Community Credit Union) (Value per NADA average trade-in) | | | | | |
| | | | | Value $            **30,225.00** | | | | **25,705.00** | **0.00** |
| Account No. **xxxx9144**<br><br>**Illinois Community Credit Union**<br>**508 West State Street**<br>**Sycamore, IL 60178** | | - | | Opened 6/01/12 Last Active 3/20/13<br><br>Purchase Money Security<br><br>2006 Landrover LR3 with approximately 93,000 miles in fair condition (Illinois Community Credit Union) (Value per NADA average trade-in) | | | | | |
| | | | | Value $            **11,650.00** | | | | **16,102.00** | **4,452.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

|  | |
|---|---|
| **0**   continuation sheets attached | Subtotal **296,299.00**   **59,944.00**<br>(Total of this page) |
| | Total **296,299.00**   **59,944.00**<br>(Report on Summary of Schedules) |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Jose J Ruvalcaba**                                                                                    Case No. _____
                                                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     **Jose J Ruvalcaba**                                                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx1492<br><br>**Advanta Bk**<br>**Welsh and McKean Roads**<br>**Po Box 844**<br>**Spring House, PA 19477** | | - | Opened  6/02/06  Last Active  7/13/12<br>Business Credit Card | | | | 0.00 |
| Account No. **4072**<br><br>**AFC Automotive Finance Corporation**<br>**c/o Rubin & Levin,**<br>**500 Marriot Cnt, 342 Massachusetts**<br>**Indianapolis, IN 46204** | | | | | | | 29,867.80 |
| Account No. xxxxxxxxxxxx9943<br><br>**American Home Mtg Srv**<br>**Ahmsi / Attention: Bankruptcy**<br>**Po Box 631730-1730**<br>**Irving, TX 75063** | | - | Opened  2/27/06  Last Active  8/02/06<br>Real Estate Mortgage | | | | 0.00 |
| Account No. xxxxxxxxx6984<br><br>**American Home Mtg Srv/Homeward Residenta**<br>**Ahmsi / Attention: Bankruptcy**<br>**Po Box 631730-1730**<br>**Irving, TX 75063** | | - | Opened  7/27/05  Last Active  10/10/05<br>Real Estate Mortgage | | | | 0.00 |

___15___  continuation sheets attached

Subtotal
(Total of this page)                                 29,867.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose J Ruvalcaba**                                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8778** | | | Opened 5/01/05 Last Active 2/06/06 **Real Estate Mortgage** | | | | |
| **American Home Mtg Srv/Homeward Residenta Ahmsi / Attention: Bankruptcy Po Box 631730-1730 Irving, TX 75063** | - | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxxx1932** | | | Opened 7/01/97 Last Active 11/01/04 **Credit Card** | | | | |
| **Amex/American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355** | - | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx7226** | | | Opened 9/01/06 Last Active 1/22/07 **Automobile** | | | | |
| **Associated Bank 200 N Adams St Green Bay, WI 54301** | - | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx8963** | | | Opened 11/01/05 Last Active 11/25/05 **Automobile** | | | | |
| **Associated Bank 200 N Adams St Green Bay, WI 54301** | - | | | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1679** | | | Opened 7/01/04 Last Active 9/26/05 **Automobile** | | | | |
| **Associated Bank 200 N Adams St Green Bay, WI 54301** | - | | | | | | **0.00** |

Sheet no. __**1**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose J Ruvalcaba** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Auto Zone** <br>**1530 Sycamore Road** <br>**DeKalb, IL 60115** | - | | | | | | 1,228.66 |
| Account No. xxxxxxxxxxxx7735 <br><br>**Bank Of America** <br>**Attn: Bankruptcy NC4-105-0314** <br>**Po Box 26012** <br>**Greensboro, NC 27410** | - | | Opened 7/01/06 Last Active 12/20/12 <br>Charge Account | | | | 1,310.00 |
| Account No. xxxxxxxxx0239 <br><br>**Bank Of America** <br>**Po Box 982235** <br>**El Paso, TX 79998** | - | | Opened 3/01/08 Last Active 4/01/08 <br>Check Credit Or Line Of Credit | | | | 0.00 |
| Account No. xxxxxxxxxxxx7531 <br><br>**Cap1/bstby** <br>**26525 N Riverwoods Blvd** <br>**Mettawa, IL 60045** | - | | Opened 4/01/97 Last Active 7/20/12 <br>Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx2118 <br><br>**Capital 1 Bank** <br>**Attn: Bankruptcy Dept.** <br>**Po Box 30285** <br>**Salt Lake City, UT 84130** | - | | Opened 11/01/03 Last Active 11/17/12 <br>Charge Account | | | | 2,288.00 |

| Sheet no. __2__ of __15__ sheets attached to Schedule of <br>Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | 4,826.66 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5009** <br><br> **Capital One FSB** <br> **10800 Nuckola Road** <br> **Glen Allen, VA 23060** | - | | | SBA Express Loan | | | | 45,000.00 |
| Account No. **xxxxxxxxxxxx9818** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | | Opened 8/01/07 Last Active 1/21/13 Credit Card | | | | 4,700.00 |
| Account No. **xxxxxxxxxxxx3109** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | | Opened 9/01/06 Last Active 11/11/12 Credit Card | | | | 4,033.00 |
| Account No. **xxxxxxxxx0980** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | - | | | Opened 2/27/06 Last Active 1/15/10 Real Estate Mortgage | | | | 0.00 |
| Account No. **xxxxxxxxx0503** <br><br> **Chase Auto** <br> **Attn:National Bankruptcy Dept** <br> **Po Box 29505** <br> **Phoenix, AZ 85038** | - | | | Opened 1/01/07 Last Active 2/01/07 Automobile | | | | 0.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **53,733.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6793 <br><br> **Chase Mht Bk** <br> **Attn:Bankruptcy Dept** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 7/01/00 Last Active 1/27/13** <br> **Credit Card** | | | | **3,699.00** |
| Account No. <br><br> **Christine Lannom Sturtz** <br> **PO Box 925** <br> **DeKalb, IL 60115** | - | | **CHRISTINE LANNOM STURTZ v JOSE RUVALCABA; 13SC270** | | | | **Unknown** |
| Account No. <br><br> **Clerk of the 16th Dist, Dekalb Cnty** <br> **201 West State St** <br> **Sycamore, IL 60178** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Clerk of the 23rd Circuit, Dekalb** <br> **133 W State Street** <br> **Attn: Docket #** <br> **Sycamore, IL 60178** | - | | | | | | **0.00** |
| Account No. xxxxxxxxxxxx8950 <br><br> **Comenity Bank/Buckle** <br> **Attn: Bankruptcy** <br> **P.O. Box 182686** <br> **Columbus, OH 43218** | - | | **Opened 10/01/12 Last Active 4/02/13** <br> **Charge Account** | | | | **328.00** |

Sheet no. __4__ of __15__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

| | |
|---|---|
| | **4,027.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                                                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxx7063<br><br>**Comenity Bank/Harlem Furniture**<br>**Attention:  Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** | - | | | **Opened  3/01/03  Last Active  2/03/12**<br>**Charge Account** | | | | 0.00 |
| Account No. xxxxxxx0507<br><br>**Comenity Bank/Value City Rooms**<br>**Today**<br>**Attention: Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** | - | | | **Opened  3/01/03  Last Active  2/01/03**<br>**Charge Account** | | | | 0.00 |
| Account No. xxxxx3518<br><br>**Comenity Bank/vctrssec**<br>**220 W Schrock Road**<br>**Westerville, OH 43081** | - | | | **Opened  9/01/00  Last Active 11/11/04** | | | | 0.00 |
| Account No. xxxxxxxxxxx6796<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | | **Opened 10/01/99  Last Active  1/24/13**<br>**Credit Card** | | | | 10,486.00 |
| Account No. xxxxxxxxxxx5284<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | | **Opened  9/14/00  Last Active 12/20/12**<br>**Credit Card** | | | | 8,870.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,356.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5615** | | | Opened 12/01/06 Last Active 12/18/12 Credit Card | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | - | | | | | | |
| | | | | | | | **4,358.00** |
| Account No. **xxxxxxxx1420** | | | Opened 9/01/98 Last Active 11/08/12 Charge Account | | | | |
| **Dsnb Macys** **9111 Duke Blvd** **Mason, OH 45040** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx4799** | | | Opened 5/25/03 Last Active 1/04/07 Charge Account | | | | |
| **Expo/cbsd** **Citicards Private Label-Bankruptcy** **Po Box 20483** **Kansas City, MO 64195** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxx0414** | | | Opened 9/01/01 Last Active 5/01/03 Automobile | | | | |
| **G M A C** **15303 S 94th Ave** **Orland Park, IL 60462** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx4222** | | | Opened 4/21/10 Last Active 7/31/12 Business Credit Card | | | | |
| **Gc Iv Llc** **8405 Sw Nimbus Ave S-A** **Beaverton, OR 97008** | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **4,358.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose J Ruvalcaba**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3110**<br><br>**GECRB/Gap**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | Opened 11/16/07 Last Active 11/30/09<br>**Credit Card** | | | | 0.00 |
| Account No. **xxxxxxxxxxx1912**<br><br>**GECRB/JC Penny**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | Opened 1/11/96 Last Active 2/09/07<br>**Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx0881**<br><br>**GECRB/JC Penny**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | Opened 1/11/96 Last Active 7/04/04<br>**Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx7773**<br><br>**Gecrb/lord & Tay**<br>**Po Box 965015**<br>**Orlando, FL 32896** | - | | Opened 12/01/11 Last Active 3/28/13<br>**Charge Account** | | | | 218.00 |
| Account No. **xxxxxxxxxxx1578**<br><br>**Hsbc Bank**<br>**Hsbc Card Services / Attn: Bankruptcy**<br>**De**<br>**Po Box 5204**<br>**Carol Stream, IL 60197** | - | | Opened 3/01/00 Last Active 12/20/12<br>**Credit Card** | | | | 305.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

523.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                                      ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0102**<br><br>**Hsbc Bank**<br>**26525 North Riverwoods Blvd**<br>**Mettawa, IL 60045** | - | | Opened 12/01/00  Last Active 11/01/04<br>Credit Card | | | | 0.00 |
| Account No. **xxxxxxxxxxx9778**<br><br>**Hsbc/menards**<br>**Attention: Bankruptcy**<br>**Po Box 5263**<br>**Carol Stream, IL 60197** | - | | Opened 6/01/05  Last Active 8/16/07<br>Charge Account | | | | 0.00 |
| Account No. **xxxx9143**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 1/25/12  Last Active 10/31/12<br>Automobile | | | | 0.00 |
| Account No. **xxxx9141**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 3/01/96  Last Active 5/20/10<br>Credit Card | | | | 0.00 |
| Account No. **xxxx9158**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 12/22/10  Last Active 4/21/11<br>Automobile | | | | 0.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jose J Ruvalcaba** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9153**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 4/09/07 Last Active 11/26/10<br>Automobile | | | | 0.00 |
| Account No. **xxxx9155**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 2/13/08 Last Active 9/18/09<br>Automobile | | | | 0.00 |
| Account No. **xxxx9157**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 8/21/09 Last Active 9/18/09<br>Automobile | | | | 0.00 |
| Account No. **xxxx9156**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 9/12/08 Last Active 4/27/09<br>Automobile | | | | 0.00 |
| Account No. **xxxx9154**<br><br>**Ill Comm Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | Opened 10/25/07 Last Active 2/11/08<br>Automobile | | | | 0.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxx9152**<br><br>Ill Comm Cu<br>508 West State St<br>Sycamore, IL 60178 | - | | | | Opened 4/09/07 Last Active 8/20/07<br>Automobile | | | | 0.00 |
| Account No. **xxxx9151**<br><br>Ill Comm Cu<br>508 West State St<br>Sycamore, IL 60178 | - | | | | Opened 11/22/05 Last Active 2/22/06<br>Automobile | | | | 0.00 |
| Account No. **xxxxxxxxxxxx9976**<br><br>Illinois Community Cr<br>1807 W Diehl Rd<br>Naperville, IL 60563 | | | | | Opened 3/01/96 Last Active 4/26/06<br>Credit Card | | | | 0.00 |
| Account No. **xxxx9149**<br><br>Illinois Community Cu<br>508 West State St<br>Sycamore, IL 60178 | - | | | | Opened 4/01/03 Last Active 12/01/04<br>Automobile | | | | 0.00 |
| Account No. **xxxx9150**<br><br>Illinois Community Cu<br>508 West State St<br>Sycamore, IL 60178 | - | | | | Opened 3/01/04 Last Active 7/01/04<br>Automobile | | | | 0.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba** _____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9148**<br><br>**Illinois Community Cu**<br>**508 West State St**<br>**Sycamore, IL 60178** | - | | **Opened 11/01/01 Last Active 1/01/04**<br>**Automobile** | | | | 0.00 |
| Account No. **xxxxxxxxxxx0001**<br><br>**Infiniti Fin Svcs**<br>**Po Box 660366**<br>**Dallas, TX 75266** | - | | **Opened 12/01/04 Last Active 3/23/07**<br>**Automobile** | | | | 0.00 |
| Account No. **xxxxxxx2852**<br><br>**Kohls/chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | - | | **Opened 8/01/97 Last Active 3/01/03**<br>**Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx7510**<br><br>**Lowes /GECRB**<br>**Attention: Bankruptcy Department**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | **Opened 3/01/12 Last Active 3/18/13**<br>**Charge Account** | | | | 93.00 |
| Account No. **xxxxxxxxxxx5710**<br><br>**Lowes /GECRB**<br>**Attention: Bankruptcy Department**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | **Opened 2/17/97 Last Active 8/25/09**<br>**Charge Account** | | | | 0.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **93.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx4029**<br><br>**Mid Amer Fsl**<br>**1001 S Washington St**<br>**Naperville, IL 60540** | | - | | | **Opened  4/02/03  Last Active 11/10/03**<br>**Check Credit Or Line Of Credit** | | | | **0.00** |
| Account No. **xxxxxxxx3022**<br><br>**Mid Amer Fsl**<br>**1001 S Washington St**<br>**Naperville, IL 60540** | | - | | | **Opened  3/01/03  Last Active  1/01/04**<br>**Real Estate Mortgage** | | | | **0.00** |
| Account No.<br><br>**Mid Atlantic Finanace Company Inc**<br>**c/o Attorney Walter L Sanders PA**<br>**6936 W Linebaugh Avenue, Ste 101**<br>**Tampa, FL 33625** | | | | | **Mid Atlantic Finance Company v Jose Ruvalcaba; 11-661-CO41 in Pinellas County, Florida** | | | | **Unknown** |
| Account No. **xxxxx3401**<br><br>**Nbgl-carsons**<br>**140 W Industrial Dr**<br>**Elmhurst, IL 60126** | | - | | | **Opened  2/03/97  Last Active  5/16/12** | | | | **0.00** |
| Account No. **xxxxx4963**<br><br>**Nordstrom FSB**<br>**Attention: Account Services**<br>**Po Box 6566**<br>**Englewood, CO 80155** | | - | | | **Opened 12/01/11  Last Active  3/17/13**<br>**Charge Account** | | | | **2,348.00** |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,348.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                   ,        Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Patricia Conner <br> 242 McMillan Court, Apt 103 <br> Cortland, IL 60112 | - | | PATRICIA CONNER v JOSE RUVALCABA; 12SC1225 | | | | **Unknown** |
| Account No. xxxxxxxx8210 <br><br> Rnb-fields3/Macy's <br> Macy's Bankruptcy Department <br> Po Box 8053 <br> Mason, OH 45040 | - | | Opened 9/01/98 Last Active 6/01/04 Charge Account | | | | **Unknown** |
| Account No. <br><br> Road Runners Auto Transport Inc <br> 3950 W 115th Street <br> Markham, IL 60428 | - | | | | | | 1,020.00 |
| Account No. <br><br> Royal Auto Transport Inc <br> 766 W 95th Street <br> Hickory Hills, IL 60457 | - | | | | | | 1,930.00 |
| Account No. <br><br> Sara Ruvalcaba/Teddy <br> 1716 Tallmeadow Drive <br> DeKalb, IL 60115 | - | | Personal Loans (Debtor's Spouse) | | | | 45,000.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **47,950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                                        ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx1785**<br><br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD 57117** | - | | Opened 7/01/08 Last Active 1/22/13<br>Credit Card | | | | **2,602.00** |
| Account No. **xxxxxxxxxxxx1163**<br><br>**Sears/cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | - | | Opened 4/01/96 Last Active 6/13/11<br>Charge Account | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1920**<br><br>**Target N.b.**<br>**3701 Wayzata Blvd**<br>**Minneapolis, MN 55416** | | | Opened 9/21/05 Last Active 10/23/05<br>Credit Card | | | | **0.00** |
| Account No. **xxxx1787**<br><br>**Us Bank**<br>**Po Box 5227**<br>**Cincinnati, OH 45201** | - | | Opened 8/01/01 Last Active 4/01/03<br>Automobile | | | | **0.00** |
| Account No. **xxxxx4323**<br><br>**Victoria's Secret**<br>**Attention: Bankruptcy**<br>**Po Box 182125**<br>**Columbus, OH 43218** | - | | Opened 8/01/10 Last Active 1/11/13<br>Charge Account | | | | **0.00** |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                          | **2,602.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jose J Ruvalcaba**                                                ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx7944**<br><br>**Volkswagon Credit Inc**<br>**National Bankruptcy Services**<br>**9441 Lbj Freeway, Suite 250**<br>**Dallas, TX 75241** | - | | | Opened 1/01/07 Last Active 3/21/07<br>Automobile | | | | 0.00 |
| Account No. **xxxx5289**<br><br>**Von Maur**<br>**Attn: Credit Dept**<br>**6565 Brady St.**<br>**Davenport, IA 52806** | - | | | Opened 12/23/12 Last Active 3/17/13<br>Charge Account | | | | 138.00 |
| Account No. **xxxxxx8329**<br><br>**Weisfield Jewelers/Sterling Jewelers Inc**<br>**Attn: Bankruptcy**<br>**Po Box 3680**<br>**Akron, OH 44309** | - | | | Opened 6/01/08 Last Active 9/25/08<br>Charge Account | | | | 0.00 |
| Account No. **xxxxxxxxxxx6068**<br><br>**Zale/cbsd**<br>**Attn.: Centralized  Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | - | | | Opened 2/01/00 Last Active 1/12/05<br>Charge Account | | | | 0.00 |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 138.00 |
| Total<br>(Report on Summary of Schedules) | | 169,822.46 |

B6G (Official Form 6G) (12/07)

In re    **Jose J Ruvalcaba**                                        ,        Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Dorothy Majara**<br>**Earl Sullivan POA**<br>**1318 N 1st**<br>**DeKalb, IL 60115** | **Landlord for Debtor's leased space from which**<br>**Debtor operates DeKalb Auto Shop** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Jose J Ruvalcaba** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sara Ruvalcaba/Teddy**<br>**1716 Tallmeadow Drive**<br>**DeKalb, IL 60115** | **Chase**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Jose J Ruvalcaba_____,   Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**15**<br>**7** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner of Used Car Lot** | **Cook** |
| Name of Employer | **Dekalb Auto Sales** | **Applebees** |
| How long employed | **Since 2002** | **17 Years** |
| Address of Employer | **730 E Lincoln Highway**<br>**DeKalb, IL 60115** | **2411 Sycamore Road**<br>**DeKalb, IL 60115** |
| *See Attachment for Additional Employment Information | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 4,166.67 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 4,166.67 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 858.95 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 858.95 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 3,307.72 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 7,423.33 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 7,423.33 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 7,423.33 | $ | 3,307.72 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 10,731.05 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    **Jose J Ruvalcaba** _____    Case No. _____
                                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Self-Employed Mechanic** | |
| Name of Employer | **Dekalb Auto Shop** | |
| How long employed | **Since 2010** | |
| Address of Employer | **730 E Lincoln Highway**<br>**DeKalb, IL 60115** | |

B6J (Official Form 6J) (12/07)

In re **Jose J Ruvalcaba**                                         Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,882.00 |
| a. Are real estate taxes included?           Yes ___      No **X** | | |
| b. Is property insurance included?           Yes ___      No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 0.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 80.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Property Taxes** | $ | 580.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **2006 Landrover Vehicle Payment** | $ | 332.00 |
| c. Other  **2008 Hummer H2 Vehicle Payment** | $ | 537.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 6,010.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,071.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 10,731.05 |
| b.   Average monthly expenses from Line 18 above | $ | 10,071.00 |
| c.   Monthly net income (a. minus b.) | $ | 660.05 |

*Income & Expenses*

| Bills | Oct.2012 | Nov.2012 | Dec.2012 | Jan.2013 | Feb.2013 | March.2013 | Apr.2013 | May.2013 |
|---|---|---|---|---|---|---|---|---|
| Water | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 | $33.00 |
| ComEd | $276.00 | $276.00 | $276.00 | $276.00 | $276.00 | $276.00 | $276.00 | $276.00 |
| ADT | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 | $120.00 |
| Nicor | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 |
| Comcast | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 |
| Waste Man. | $214.00 | $214.00 | $214.00 | $214.00 | $214.00 | $214.00 | $214.00 | $214.00 |
| Experian | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Midwest In: | $336.00 | $336.00 | $336.00 | $336.00 | $336.00 | $336.00 | $336.00 | $336.00 |
| Cell Phone | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 |
| Hummer | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| Land Rover | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Gas | $571.00 | $571.00 | $571.00 | $571.00 | $571.00 | $571.00 | $671.00 | $571.00 |
| Office Expe | $96.00 | $96.00 | $96.00 | $96.00 | $96.00 | $96.00 | $96.00 | $96.00 |
| Shop Rent | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 |
| Alex | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| Issa | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Total | $6,990 | $6,990 | $6,990 | $6,990 | $6,990 | $6,990 | $6,990 | $6,990 |

| | | | | | | | Total | $55,920 |
|---|---|---|---|---|---|---|---|---|

| Month | Income | Expenses |
|---|---|---|
| Oct.2012 | $7,800 | $6,990.00 |
| Nov.2012 | $7,600 | $6,990.00 |
| Dec.2012 | $7,450 | $6,990.00 |
| Jan.2012 | $7,650 | $6,990.00 |
| Feb.2013 | $7,435 | $6,990.00 |
| Mar.2013 | $7,637 | $6,990.00 |
| Apr.2013 | $7,545 | $6,990.00 |
| May.2013 | $7,321 | $6,990.00 |
| Total | $60,438 | $55,920 |

| Bills | Jun.2013 | Jul.2013 | Aug.2013 | Sep.2013 |
|---|---|---|---|---|
| Water | $33.00 | $33.00 | $33.00 | $33.00 |
| ComEd | $276.00 | $276.00 | $276.00 | $276.00 |
| ADT | $120.00 | $120.00 | $120.00 | $120.00 |
| Nicor | $159.00 | $159.00 | $159.00 | $159.00 |
| Comcast | $365.00 | $365.00 | $365.00 | $365.00 |
| Waste Man. | $214.00 | $214.00 | $214.00 | $214.00 |
| Experian | $150.00 | $150.00 | $150.00 | $150.00 |
| Midwest In: | $336.00 | $336.00 | $336.00 | $336.00 |
| Cell Phone | $240.00 | $240.00 | $240.00 | $240.00 |
| Hummer | $580.00 | $580.00 | $580.00 | $580.00 |
| Land Rover | $400.00 | $400.00 | $400.00 | $400.00 |
| Gas | $571.00 | $571.00 | $571.00 | $571.00 |
| Office Expe | $96.00 | $96.00 | $96.00 | $96.00 |
| Shop Rent | $850.00 | $850.00 | $850.00 | $850.00 |
| Alex | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| Issa | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| | | | Total | $27,960 |

| Month | Income | Expenses |
|---|---|---|
| Jun.2013 | $7,487 | $6,990 |
| Jul.2013 | $7,393 | $6,990 |
| Aug.2013 | $7,323 | $6,990 |
| Sep.2013 | $7,471 | $6,990 |
| Total | $29,674 | $27,960 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jose J Ruvalcaba**

Debtor(s)

Case No. _____

Chapter    **13** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 22, 2013** _____

Signature    **/s/ Jose J Ruvalcaba** _____

**Jose J Ruvalcaba**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jose J Ruvalcaba**

Debtor(s)           Case No.

Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,808.07** | **2013 Approximate YTD: Debtor Operation of Business (Gross: $155,323.00; Expenses: $158,131.07) (Net)** |
| **$-46.00** | **2012: Debtor Operation of Business (net)** |
| **$-18,844.00** | **2011: Debtor Operation of Business (net)** |
| **$35,606.48** | **2013 Approximate YTD: Wife Employment Income** |
| **$26,809.00** | **2012: Wife Employment Income** |
| **$25,856.00** | **2011: Wife Employment Income** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$766.00** | **2011: Debtor and wife Taxable Refunds** |
| **$-17,330.00** | **2011: Debtor and wife Other Income ESS - NOL Deduction** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Automotive Finance Corporation dba AFC Automotive Finance Corporation dba AFC vs Dekalb Auto Sales and Jose Juan Ruvalcaba; 49D04-1307-CC-028101** | **Contract Complaint** | **In the Marion Superior Court, State of Indiana, County of Marion** | **Pending** |
| **US Bank National Association v Jose Ruvalcaba, Sara Teddy; 2013-CH-000237** | **Foreclosure** | **Circuit Court of Dekalb County** | **Pending** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mid Atlantic Finance Company Inc v Jose Ruvalcaba dba Dekalb Auto Sales; 11-661-CO41** | **Contract Complaint** | **County Court for Pinellas County, Florida** | **Voluntary Dismissal With Prejudice** |
| **CHRISTINE LANNOM STURTZ v JOSE RUVALCABA; 13SC270** | | **Circuit Court of Dekalb County** | **Judgment $0.00** |
| **PATRICIA CONNER v JOSE RUVALCABA; 12SC1225** | | **Circuit Court of Dekalb County** | **Judgment for Defendant** |
| **Bank of America v Jose Ruvalcaba; 10CH227** | **Foreclosure lawsuit on 111 S 9th St, Dekalb, IL 60115** | **Circuit Court of Dekalb County** | **02/16/2012 Order for Possession** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase Home Mortgage Po Box 24696 Columbus, OH 43224** | **2012** | **111 S 9th Ave, Dekalb, IL 60115; Foreclosure Sale** |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than **$200** in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ronald P. Strojny**<br>**5839 W. 35th Street**<br>**Cicero, IL 60804** | **2013** | **$1400 to $4,000 in attorney fees; $281 to filing fee; $80 to counseling; $39 to credit report** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Sara Ruvulacaba/Teddy**<br>**1716 Tallmeadow Drive**<br>**DeKalb, IL 60115**<br>**  Wife** | **Recorded 01/07/2013** | **Quit Claim Deed: 730 E Lincoln Highway, Dekalb, IL 60115 (location of Debtor's business Dekalb Auto Sales); Value received $0.00; approximate value of property is $30,000; Prepared 11/16/2012; Recorded 01/07/2013** |
| **Chase Home Mortgage**<br>**Po Box 24696**<br>**Columbus, OH 43224**<br>**  Mortgage Company** | **2012** | **111 S 9th Ave, Dekalb, IL 60115; $0; Foreclosure Sale** |
| **See attached list** | | **See attached list of vehicles sold by Debtor's business over last two years** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

| Name Of Buyer | Date Of Sale | Sales Price | Year Make And Model |
|---|---|---|---|
| **Jan.2013** | | | |
| Brother K Auto Repai | 1/23/2013 | 1202.5 | 2001 Chevy Blazer |
| Klines Auto Sales | 1/30/2013 | 5462.5 | 2008 Mini Cooper |
| Royal Family Motors | 1/23/2013 | 1512.5 | 2006 /chrysler P.T Cruser |
| Everything Automotive | 1/23/2013 | 2212.5 | 2004 Dodge Durango |
| Active Auto Sales Inc | 1/23/2013 | 2840 | 2008 Toyota Yaris |
| Active Auto Sales | 11/23/2013 | 1862 | 2005 Chhevy |
| Midwest Auto | 1/30/2013 | 2862.5 | 2002 Jeep Liberty |
| Midwest Auto | 1/30/2013 | 2062.5 | 2005 Chevrolet Impala |
| Nortwest Car Company | 1/8/2013 | 1570.5 | 2005 Chrysler PT cruiser |
| El Amigo Auto Sales | 1/30/2013 | 1562.5 | 2001 Chevy Blazer |
| El Amigo Auto Sales | 1/23/2013 | 2337.5 | 2004 Chrysler Pacifica |
| Best Cars Inc | | 2058.04 | 2004 Honda Accord |
| Jasmine Sank | 1/24/2013 | 1845 | 1995 Mazda Mx-6 LS |
| Mary L Bowie | 1/28/2013 | 1620 | 2002 Dodge Neon Es |
| Saundra MD Chester | 2/1/2013 | 3500 | 2006 Chrysler PT Cruiser |
| Magnon Hart | 1/14/2013 | 2547 | 1999 Saturn SL2 |
| **March.2013** | | | |
| Exit Auto Sales | 3/6/2013 | 1446.5 | 2001 Land Rover Discovery |
| Kleady Armenta | 3/25/2013 | 8000 | 2009 Chevrolet Malibu |
| Car Nation | 3/26/2013 | 4600 | 2007 Ford Fusion |
| Motis Car Store LLC | 3/19/2013 | 4100 | 2005 Hyundai Sonata |
| Kristina Keaton | 3/7/2013 | 6995 | 2000 GMC Yukon |
| Ana Lazaro | 3/1/2013 | 7995 | 2005 Chevrolet Malibu |
| **April** | | | |
| Chiamaka Mogbo | 4/2/2013 | 1900 | 1999 Saturn SL2 |
| Victori P Fenske | 4/12/2013 | 3001 | 2003 Chevrolet Malibu LS |
| Unique Auto Exchange I | 4/23/2013 | 265 | 2001 Chevrolet Venture Luxury |
| Steven M Gollmer | 4/4/2013 | 3500 | 1999 Dodge Ram1500 |
| Amber H Hart | 4/5/2013 | 6995 | 2001 GMC Yukon SLT |
| **May 2013** | | | |
| Credit Pro Autos Inc | 5/7/2013 | 2030 | 2002 Dodge Grand Caravan |
| Cristina M Hope | 5/8/2013 | 3865 | 2002 Dodge Stratus ES |
| Linda R Edwards | 5/16/2013 | 3995 | 2000 Nissan Altima GLE |
| Angela L Scroggins | 5/30/2013 | 4300 | 1999 Chevrolet Malibu Ls |
| Avelina Santiago | 5/2/2013 | 6995 | 2002 GMC Yukon Denali |
| **June 2013** | | | |
| Ryan Mcfarland | 6/1/2013 | 2100 | 1996 Honda Accord |
| Lori M Beck | 6/3/2013 | 1415 | 1995 Mazda MX-6 LS |
| Ryan Mcfarland | 6/14/2013 | 2650 | 1999 Honda Accord Lx |
| Jeremy E Nelson | 6/4/2013 | 2900 | 2001 Saturn SCI |
| Sarah E Theodore-Youn | 6/7/2013 | 1700 | 2002 Dodge Neon ES |
| Nancy Landa | 6/3/2013 | 6600 | 2002 GMC Yukon SLT |
| Aaron W Groves | 6/1/2013 | 2995 | 1999 Chevrolet Malibu |
| Apolinar Jaen | 6/15/2013 | 2995 | 2002 Ford Escape |
| Yvonne J Ylonen | 6/5/2013 | 200 | 2005 Dodge Neon |
| **July 2013** | | | |

| Mary J Gates | 7/5/2013 | 798 | 1999 Dodge Grand Caravan |
|---|---|---|---|
| Barbara A Corcoran | 7/5/2013 | 2400 | 1998 Dodge Durango |
| Erick A Fuerte | 7/10/2013 | 3600 | 2003 Volkswagen Jetta GLS |
| B&B Trucking | 7/12/2013 | 2710 | 2000 Ford Escort |
| Isabel Rodriguez | 7/17/2013 | 4995 | 2005 Chevy Trailblazer |
| Quirina Hernandez | 7/29/2013 | 3500 | 2000 Mitsubishi Eclipse GS |
| Bradley M Jackson | 7/30/2013 | 4950 | 2007 Pontiac GrandPrix |

**Aug.2013**

| Nancy Hadley&Shelby H | 8/3/2013 | 2640 | 2000 Chevrolet Blazer |
|---|---|---|---|
| Jennifer Judd | 8/6/2013 | 3112 | 1998 Subaru Legacy outbk LMT |
| Donovan Corcoran | 8/14/2013 | 2550 | 1996 Honda Accord |
| Sandra Carmona | 8/16/2013 | 4995 | 2005 Chrysler Pacifica Tour |

**Sep.2013**

| Ruth Doyle | 9/13/2013 | 2500 | 2001 Chevrolet Blazer |
|---|---|---|---|
| Rosalind Hines | 9/13/2013 | 2250 | 1999 Chevy Malibu |
| Karlise Maze | 9/14/2013 | 1000 | 2001 oldsmobile Alero GL |

**Oct.2013**

| Robin L Minkens | 10/4/2013 | | 1993 BMW 325I |
|---|---|---|---|

**Jan.2012**

| BelgicaAndino | 1/2/2012 | 4050 | 2003 Ford Explorer XLT |
|---|---|---|---|
| Everything Automotive | 1/4/2012 | 2500 | 2005 Ford Freestyle |
| Clancys Auto Sales | 1/4/2012 | 1805 | 2005 Kia Rio |
| D&S Motors | 1/5/2012 | 1543.1 | 2002 Ford focus |
| Del Real Automotive Gro | 1/5/2012 | 10275 | 2003 Cadillac Escalade |
| Best Buy AutoSales inc | 1/12/2012 | 4275 | 2007 Kia Rio LX |
| Adam Goellner&Stephan | 1/17/2012 | 2170 | 2001 Dodge Caravan |
| Berwyn Auto | 1/19/2012 | 1595 | 2004 Chevrolet Aveo Base |
| The Auto Mall Of Champ | 1/19/2012 | 5305 | 2003 GMC Sierra SLT |
| Magic Motors | 1/24/2012 | 2095 | 2000 Mercury Grand Prix |
| Kraig A Starkweather | 1/27/2012 | 2200 | 2003 Chrysler PT Cruiser |
| World Wide Auto Works | 1/31/2012 | 4775 | 2007 Toyota Yaris |

**Feb.2012**

| Alex Agyakye&Sonia Ad | 2/1/2012 | 5995 | 2003 Chevy Tahoe K1500 |
|---|---|---|---|
| Kelly Holder | 2/1/2012 | 2500 | 2004 oldsmobile Alero |
| Gregory L Prater | 2/2/2012 | 2358 | 2004 Pontiac Grand Am |
| Helen Teagus | 2/3/2012 | 1787.75 | 1991 Lexus LS400 |
| Rapheal A Vdeaja Jr | 2/4/2012 | 1700 | 1999 Chrysler 300M |
| P A Auto Sales Inc LLC | 2/7/2012 | 1000 | 2003 Chrysler PT Cruiser |
| Kevestina M Martin | 2/8/2012 | 1800 | 2005 Kia rio |
| Maghon D Hart | 2/13/2012 | 2000 | 2001 chevy K1500 |
| Mirna Matinez | 2/17/2012 | 10800 | 2004 Infinity QX56 |
| Imelda Zarate | 2/18/2012 | 1000 | 2000 Audi A4 |
| Ashley johnson | 2/25/2012 | 4100 | 2006 Chrysler PT Cruiser |
| Donny Wright& Patricia | 2/25/2012 | 4050 | 2005 Ford Escape |
| Madison Ridge Auto Sal | 2/28/2012 | 2230 | 2002 Ford F150 |
| United Inventory Control | 2/28/2012 | 3775 | 2003 Jaguar X-Type |

**Mar.2012**

| | | | |
|---|---|---|---|
| Kianne Carter | 3/2/2012 | 2900 | 2001 Dodge Grand Caravan |
| Agyaaky Marfo Jr | 3/1/2012 | 4995 | 2006 GMC Savana G3500 |
| Adrian Daniels | 3/2/2012 | 3995 | 1998 Toyota Camry |
| Juanita Rodgers | 3/2/2012 | 1800 | 1997 Plymouth Breeze |
| Tammy Harper | 3/2/2012 | 2500 | 2002 Chrysler Town &Country |
| Tabitha Hanson | 3/2/2012 | 2500 | 2004 Chevy Impala |
| We Care Auto Sales | 3/2/2012 | 451 | 2005 Kia Rio |
| Fairgrove Auto Dealer | 3/5/2012 | 3401 | 2005 Chrysler Pacifica |
| u-pull-it North | 3/5/2012 | 301 | 2003 Saturn L200 base |
| Sarah Castaneda | 3/6/2012 | 6995 | 2000 Chevrolet Tahoe |
| Barbara Russell | 3/8/2012 | 4680 | 2003 Honda Civic |
| Antonio S Phipps | 3/9/2012 | 500 | 2004 Chevrolet Cavalier R |
| Jalaine Hart | 3/9/2012 | 3168 | 2005 Chevrolet Aveo |
| Earnestine Johnson | 3/12/2012 | 1230 | 1990 OLds Cutlass |
| Staffords Inc | 3/12/2012 | 5001 | 2066 Ford Explorer |
| Gerzan&Yamileth Villada | 3/13/2012 | 2800 | 2000 VW Beetle Glx |
| Jose M Marquez | 3/14/2012 | 2400 | 2000 Olds Alero |
| Lashonda Reynolds | 3/14/2012 | 3393 | 2002 Ford Focus |
| Johnnetta Henderson | 3/14/2012 | 2500 | 2005 Ford Taurus |
| Antonio Taylor | 3/16/2012 | 3995 | 2001 Cadillac Deville |
| Benghazi Auto Mart | 3/19/2012 | 901 | 2003 Land Rover Freelander |
| Harold Auto Sales | 3/19/2012 | 3051 | 2005 Chevrolet Impala |
| Felix Harris Jr | 3/20/2012 | 5995 | 2006 Chevrolet Impala |
| Insurance Auto Auction | 3/20/2012 | 2351 | 2004 Ford Freestar |
| Helen Teagus | 3/21/2012 | 2400 | 2005 Chevy Malibu |
| Serena Keene | 3/29/2012 | 2500 | 2003 Chevrolet K1500 |
| Gabriel Oseas | 3/16/2012 | $1,907 | 2003 Chevy Tracker Base |
| Kierra Langston | 3/4/2011 | $1,044 | 97 Saturn S-Series |

**Apr.2012**

| | | | |
|---|---|---|---|
| Timothy Smith | 4/2/2012 | 4995 | 2000 Chevy B;azer |
| Daniel Body Shop | 4/2/2012 | 651 | 1994 Chevy S10 |
| Metro Auto Sales&Body | 4/2/2012 | 1401 | 1998 Ford Expedition |
| Firma Auro Construction | 4/2/2012 | 1351 | 2000 Toyota Corolla |
| Floras Auto Sales | 4/2/2012 | 2751 | 2002 Buick Rendezvous |
| Emporium Motors Inc | 4/2/2012 | 3601 | 2002 Dodge Ram1500 |
| Philips Auto Body Shop | 4/2/2012 | 1951 | 2003 Saturn Vue |
| Auto Trade Corp | 4/2/2012 | 5051 | 2006 Jeeo Liberty |
| Leoncio Perez-Hilario | 4/6/2012 | 2170 | 2003 Chevy K1500LS |
| Prestige Motor World | 4/9/2012 | 3401 | 2001 Ford Escape |
| Finishline cars inc | 4/9/2012 | 4901 | 2006 Chevy impala |
| Jeramy Riggeens | 4/12/2012 | 3500 | 2004 Ford Taurus SES |
| Rout 13 auto parts | 4/16/2012 | 476 | 1996 Chevy Lumina |
| Manuela Herrera | 4/16/2012 | 5500 | 2001 Dodge Grand Caravan |
| The Auto Exchange | 4/17/2012 | 2190 | 2003 LandRover Freelander S |
| Timothy Mitchell | 4/19/2012 | 2000 | 1999 Dodge Ram1500 |
| Ajax Auto Sales | 4/23/2012 | 2701 | 2002 Dodge Ram1500 |
| Frame &Body shop solut | 4/23/2012 | 1151 | 1999 Chevy Astro van |
| Car Dynamics inc | 4/24/2012 | 3295 | 2001 volvo S40 |
| John Saponari | 4/27/2012 | 3500 | 2003 Acura 3.2 TL |
| Patricia Conner | 4/27/2012 | 2300 | 2000 Chevrolet S10 |

**May.2012**

| | | | |
|---|---|---|---|
| Steven Chemers | 5/1/2012 | 1500 | 1999 Isuzu Rodeo Ls |
| Arena Auto Auction | 5/1/2012 | 5000 | 2000 Lexus RX300 |

| Dealer | Date | Amount | Vehicle |
|---|---|---|---|
| Auto Gallery Chicago LL | 5/1/2012 | 17445 | 2001 Plymouth Prowler |
| Bulls Auto Sales 2 | 5/1/2012 | 4030 | 2002 Acura MDX |
| Wheelz Sales &Leasing | 5/1/2012 | 20165 | 2005 LandRover Range Rover |
| E Buy Motors Cars | 5/1/212 | 21795 | 2006 LandRover Range Rover Sport |
| Nancy Landa | 5/4/2012 | 3000 | 2005 Dodge Grand Caravan |
| Aguila Auto Cars | 5/7/2012 | 1301 | 2005 Ford Taurus |
| J&J Auto body &Sales | 5/7/2012 | 2451 | 2001 Chrysler Town&country |
| Noorwood Park Auto Sa | 5/8/2012 | 2430 | 2004 Chrysler Sebring |
| Pete Colla Auto Wholesa | 5/8/2012 | 3645 | 2004 Hyundai Sonata |
| Bravo Auto Mart Inc | 5/8/2012 | 3395 | 2003 Mitsubishi Eclipse Spyder |
| The Burt Collection | 5/8/2012 | 5000 | 1980 Chevy Corvette |
| Bws Leasing | 5/14/2012 | 2316 | 2001 Jeep Grand Cherokee |
| A&M Motor SalesLLC | 5/15/2012 | 545 | 1999 Daewood Nubira |
| Barry Severin&Roberta ( | 5/21/2012 | 3900 | 1999 Chevy Blazer |
| December D Richardson | 5/21/2012 | 2800 | 2004 Hyundai Santa Fe |
| Tayssir Auto Inc | 5/22/2012 | 1690 | 2002 Chrysler 300M |
| Vianey Hernandez | 5/24/2012 | 2453 | 2001 Dodge caravan |
| Jose Munoz | 5/26/2012 | 4900 | 2003 Chevy Impala |
| Yvonne J Ylonen | 5/29/2012 | 2650 | 2000 Chevy Blazer |
| Wheels Of Chicago Inc | 5/29/2012 | 7880 | 2006 Dodge Charger |
| Zonemotors.com Inc | 5/29/2012 | 2696 | 2006 Ford F150 |
| Zonemotors.com Inc | 5/29/2012 | 3810 | 2005 Dodge Dakota |
| Prime Auto Brokers Inc | 5/29/2012 | 1600 | 2004 Chrysler Sebring |
| **June.2013** | | | |
| Laura Arellanes | 6/13/2012 | 3912.75 | 2005 Nissan Quest |
| Glory motors | 6/26/2012 | 3180 | 2007 pontiac Grand prix |
| Extreme Auto Wholesale | 6/26/2012 | 4690 | 2005 Ford F150 |
| Six Auto Sale | 6/26/2012 | 4250 | 2003 Honda Accord |
| Manheim Arena | 6/12/2012 | 2830 | 2003 American G Hummer H2 |
| Maria Huesca | 6/7/2012 | 3995 | 2003 Dodge Grand Caravan |
| Maria Mora&Cupertino J | 6/6/2012 | 3959 | 2003 Chrysler Town&Country |
| LWK Auto Sales | 6/26/2012 | 1450 | 2002 Chevy Impala |
| K.A.R.S Inc | 6/5/2012 | 2380 | 2002 Suzuki Vitara |
| Jose Martinez De La Cru | 6/29/2012 | 4995 | 2002 Ford Escape 4Wd Xlt |
| Alex's AutoBody &Repai | 6/26/2012 | 2580 | 2003 Ford Focus |
| Elite Sales &Service Inc | 6/12/2012 | 2380 | 2004 Hyundai Santa fe |
| Smart Motors LLc | 6/12/2012 | 10.43 | 2004 Lexus RX330 |
| Regional Auto Group Inc | 6/19/2012 | 1780 | 1999 Ford Expedition |
| Lightning Auto Sales | 6/19/2012 | 1340 | 1999 Dodge Durango SLt |
| A+len Auto Sales | 6/19/2012 | 1980 | 2011 Hyundai Santafe |
| Arena Auto Auction | 6/27/2012 | 6780 | 2005 VW Passat |
| Magnon Hart | 6/8/2012 | 2500 | 2000 Olds Alero |
| Rockford Auto Auction | 6/20/2012 | 3900 | 2000 Harley 1200B |
| Rosaura L Guevara | 6/28/2012 | 3000 | 2002 Dodge Grand Caravan |
| **July.2012** | | | |
| Danielle Henry | 7/13/2012 | 2453 | 2005 Ford Taurus Se |
| Perry Szot The Import G | 7/31/2012 | 11055 | 2006 Bmw 325I |
| Sage Auto Group Inc | 7/10/2012 | 1980 | 2007 Ford Freestar |
| Gerzan &Yamileth Vallac | 7/5/2012 | 3900 | 2005 pontiac G6 Gt |
| Auto finance Services | 7/10/2012 | 3950 | 2005 Cadillac SRX |
| T&B Auto Sales inc | 7/10/2012 | 1630 | 2005 Ford Docus |
| Easy Finance Auto inc | 7/31/2012 | 3680 | 2004 Dodge durango |
| Luchas Auto Sales | 7/31/2012 | 3680 | 2003 Ford Expedition |
| Best Cars inc | 7/17/2012 | 2000 | 2002 Hyundai Santa Fe |

| Auto Max Finance Ser. | 7/10/2012 | 2150 2002 Buick Rendezvous |
| Best Cars inc | 7/31/2012 | 1380 2001 Dodge GCaravan |
| Lori Hessler | 7/2/2012 | 2546 2001 Chevrolet Blazer |
| Nice Cars LTD LLC | 7/31/2012 | 1880 2000 Ford Excursion |
| War Zone Inc | 7/10/2012 | 2700 2000 Vw New Beetle |
| Lovie M Carroll | 7/11/2012 | 3580 2000 Chevy Camaro |
| Car Dynamics Inc | 7/31/2012 | 4975 2000 Jaguar S Type |
| Manheim Arena | 7/5/2012 | 4113.9 2004 Chevy Suburban |
| Manheim Arena | 7/5/2012 | 1850 2001 Buick Lesabre |
| Maghon Hart | 7/12/2012 | 6900 2000 Ford Mustang |

**Aug.2012**

| Yesenia Aburto | 8/1/2012 | 4995 2005 Dodge Caravan |
| Sandra Galindo | 9/8/2012 | 5420 2004 Dodge durango |
| Manheim arena | 8/14/2012 | 3040 2004 Mitsubishi endeavor |
| Manheim Arena | 8/21/2012 | 2440 2004 Volvo S40 |
| manheim Arena | 8/21/2012 | 840 2002 Hyundai Elantra Gls |
| Manheim Arena | 8/21/2012 | 2680 2002 Nissan Sentra |
| Manheim Arena | 8/14/2012 | 1330 2000 Chevy Monte Carlo |
| Castle Buick GMC | 8/14/2012 | 10130 2008 honda Accord |
| Ap Performance Auto LL | 8/6/2012 | 2190 2007 Ford F150 |
| Extreme Auto Wholesale | 8/7/2012 | 6470 2006 Dodge Charger |
| Apolinar Jaen | 8/8/2012 | 2641 2005 Dodge Neon |
| Lomas Auto Sales | 8/7/2012 | 2280 2004 Dodge Neon |
| Gerzan Valladarez | 8/20/2012 | 2940 2004 Chevy Aveo |
| Mauricio Villagomez | 8/2/2012 | 3112 2002 Cadillac Seville |
| John Washington | 8/21/2012 | 2319 2001 Dodge Grand Caravan |
| Golden Motors | 8/14/2012 | 1080 2001 Dodge Durango |
| Gurnee Auto | 8/14/2012 | 2874 2001 Mitsubishi Eclipse |
| Als Auto Salvage &Sales | 8/2/2012 | 365 1998 Cadillac Seville |
| Rockford Auto Auction | 8/24/2012 | 2500 2005 Dodge Magnum |

**Sep.2012**

| Maria Lozan | 9/19/2012 | 300 2008 JCL Moped |
| Millenium Auto Sales inc | 9/18/2012 | 1315 2004 suzuki Forenza |
| Fair Motors | 9/18/2012 | 850 2001 Mercury Sable |
| Lori Hessler | 9/13/2012 | 3995 2002 Jeep Liberty |
| Zaher Sammak | 9/11/2012 | 3870 2007 Hyundai Sonata |
| Maria M Mora | 9/13/2012 | 6094 2006 Dodge GrandCaravan |
| Romualdo Aguila | 9/11/2012 | 1690.28 2005 pontiac G6GT |
| Bahram Golchini | 9/11/2012 | 5085 2005 Chrysler 300 Base |
| Manheim Arena | 9/4/2012 | 1360 2002 ford Taurus |
| Natalia Moreira Vale | 9/27/2012 | 625 2001 Dodge Durango |
| Manheim Arena | 9/11/2012 | 890 2001 Ford Windstar FWD |
| Craig Fitzgibbon | 9/11/2012 | 2000 2000 LandRover RNG Rover |
| Manheim Arena | 9/11/2012 | 890 1999 VW Passat |
| Sanelia Kesic | 9/28/2012 | 6900 2004 Honda Civic |
| Ceshia puckett | 9/7/2012 | 9300 2004 Nissan Armada |
| Alex &Sonia Adams | 9/26/2012 | 11959 2009 chevrolet impala |

**Oct.2012**

| Benita Sanchez | 10/13/2012 | 6495 2007 Chevy UplanderFWD |
| Paz Lopez | 10/8/2012 | 4100 2001 Ford Escape 4X4 |
| Auto plaza usa | 10/2/2012 | 7350 2012 Chevy Sonic |
| Chicago Finest | 10/9/2012 | 2235 2006 Dodge Caravan 4x2 |
| Us Adventure Rv | 10/9/2012 | 1280 2001 Audi Allroad |

| Best Cars Inc | 10/16/212 | 2680 | 2006 GMC Siera 2S |
| 25 Leasing Inc | 10/16/2012 | 1450 | 2002 Dodge Durango 4x2 |
| Manheim Arena Auto | 10/23/2012 | 725 | 2004 Ford Taurus |
| Auto Plaza | 10/2/2012 | 7350 | 2012 chevy Sonic |
| Best Cars Inc | 10/2/2012 | 1650 | 1999 Honda Accord Lx |
| Easy Finance auto inc | 10/2/2012 | 4100 | 2005 Chevy Equinox |

**Nov.2012**

| Tanisha Frazier | 11/29/2012 | 4995 | 2007 Chevy Aveo |
| Insurance Auto auction | 11/30/2012 | 1100 | 1997 Dodge Dakota Ext |
| Manheim Arena | 11/30/2012 | 600 | 1998 Dodge Intrepid |
| Doni Auto Sales | 11/8/2012 | 1580 | 2002 Chevy Monte Carlo |
| Manheim Arena | 11/6/2012 | 2945 | 2006 Nissan Altima |
| Manheim Arena | 11/30/2012 | 1630 | 1999 Lexus Rx300 |
| Manheim Arena | 11/30/2012 | 1888.9 | 2006 Dodge Dakota |
| Kathleem Clucas | 11/16/2012 | 2999 | 20030Hyundai Accent Gl |
| Ronnesha Wilson | 11/19/2012 | 3300 | 2005 Chevy Impala |
| Arena Auction | 11/7/2012 | 2690 | 2003 chevy Tahoe |
| Cars 2 You.com | 11/29/2012 | 1745 | 2006 Chevy Aveo |
| Jalaine Hart | 11/27/2012 | 5000 | 2004 Hyundai Sonata |

**Dec.2012**

| Ana Lazano | 12/11/2012 | 3018 | 2001 Cadillac Deville |
| City Auto Junk yard | 12/302012 | 100 | 19997 Plymouth Voyager |
| Triple m Motors | 12/6/2012 | 805 | 2001 Chevy Blazer |
| Tony Blanco | 12/22/2012 | 8995 | 2005 Chrysler Pacifica |
| Ronesha Wilson | 12/20/2012 | 3300 | 2001 Chrysler Town&country |
| December Richardson | 12/6/2012 | 4040 | 2003 Infinity G35 |

B7 (Official Form 7) (04/13)

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Associated Bank<br>200 N Adams St<br>Green Bay, WI 54301** | **checking account in the name of Dekalb Auto Sales** | **$250.00; approximately September 2012** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dekalb Auto Sales** | **1178** | **730 E Lincoln Highway DeKalb, IL 60115** | **Used Car Dealer** | **2002 to Present** |
| **Dekalb Auto Shop** | **1178** | **1426 E Lincoln Highway DeKalb, IL 60115** | **Vehicle Repairs** | **2010 to Present** |

B7 (Official Form 7) (04/13)
7

None      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

None      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None      b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                        RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

---

B7 (Official Form 7) (04/13)
8

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■        commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■        immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■        in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
         commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■        group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
         of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■        employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date   __October 22, 2013__                    Signature   __/s/ Jose J Ruvalcaba__

                                                          **Jose J Ruvalcaba**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jose J Ruvalcaba**

Debtor(s)

Case No.

Chapter   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **1,400.00** |
| Balance Due | $ | **2,600.00** |

2.   $ **281.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 22, 2013**

**/s/ Ronald P Strojny**
**Ronald P Strojny**
**Ronald P. Strojny**
**5839 W. 35th Street**
**Cicero, IL 60804**
**708-652-2800  Fax: 708-652-2840**
**rpstrojny@yahoo.com**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

### RIGHTS AND RESPONSIBILITIES AGREEMENT BETWEEN
### CHAPTER 13 DEBTORS AND THEIR ATTORNEYS
### (Court-Approved Retention Agreement, revised as of March 15, 2011)

Chapter 13 gives debtors important rights, such as the right to keep property that could otherwise be lost through repossession or foreclosure—but Chapter 13 also puts burdens on debtors, such as the burden of making complete and truthful disclosures of their financial situation. It is important for debtors who file a Chapter 13 bankruptcy case to understand their rights and responsibilities in bankruptcy. In this connection, the advice of an attorney is often crucial. Debtors are entitled to certain services from by their attorneys, but debtors also have responsibilities to their attorneys. In order to assure that debtors and their attorneys understand their rights and responsibilities in the Chapter 13 process, the judges of the Bankruptcy Court for the Northern District of Illinois have approved the following agreement, setting out the rights and responsibilities of both debtors in Chapter 13 and their attorneys. By signing this agreement, debtors and their attorneys accept these responsibilities.

*BEFORE THE CASE IS FILED*

#### THE DEBTOR AGREES TO:

1. Discuss with the attorney the debtor's objectives in filing the case.

2. Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income.

#### THE ATTORNEY AGREES TO:

1. Personally counsel the debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures (as well as non-bankruptcy options) with the debtor, and answer the debtor's questions.

2. Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy Rule and explain how and when the attorney's fees and the trustee's fees are determined and paid.

3. Personally review with the debtor and sign the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later. (The schedules may be initially prepared with the help of clerical or paralegal staff of the attorney's office, but personal attention of the attorney is required for the review and signing.)

4. Timely prepare and file the debtor's petition, plan, statements, and schedules.

5. Explain to the debtor how, when, and where to make all necessary payments, including both payments that must be made directly to creditors and payments that must be made to the Chapter 13 trustee, with particular attention to housing and vehicle payments.

6. Advise the debtor of the need to maintain appropriate insurance.

*AFTER THE CASE IS FILED*

### THE DEBTOR AGREES TO:

1. Make the required payments to the trustee and to whatever creditors are being paid directly, or, if required payments cannot be made, to notify the attorney immediately.

2. Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card. (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.) The debtor must be present in time for check-in and when the case is called for the actual examination.

3. Notify the attorney of any change in the debtor's address or telephone number.

4. Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

5. Contact the attorney immediately if the debtor loses employment, has a significant change in income, or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings, or an inheritance).

6. Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

7. Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

8. Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

9. Supply the attorney with copies of all tax returns filed while the case is pending.

### THE ATTORNEY AGREES TO:

1. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time, and place of the meeting.

2. Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3. Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination) and, unless excused by the trustee, for the confirmation hearing.

2

4. If the attorney will be employing another attorney to attend the 341 meeting or any court hearing, personally explain to the debtor in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly repre-sent the debtor.

5. Timely submit to the Chapter 13 trustee properly documented proof of income for the debtor, including business reports for self-employed debtors.

6. Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

7. Timely prepare, file, and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8. Monitor all incoming case information (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and 6-month status reports) for accuracy and com-pleteness. Contact the trustee promptly regarding any discrepancies.

9. Be available to respond to the debtor's questions throughout the term of the plan.

10. Prepare, file, and serve timely modifications to the plan after confirmation, when necessary, including modifications to suspend, lower, or increase plan payments.

11. Prepare, file, and serve necessary motions to buy or sell property and to incur debt.

12. Object to improper or invalid claims.

13. Timely respond to the Chapter 13 trustee's motions to dismiss the case, such as for payment default, or unfeasibility, and to motions to increase the percentage payment to unsecured creditors.

14. Timely respond to motions for relief from stay.

15. Prepare, file, and serve all appropriate motions to avoid liens.

16. Provide any other legal services necessary for the administration of the case.

## *ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES*

1. Any attorney retained to represent a debtor in a Chapter 13 case is responsible for representing the debtor on all matters arising in the case unless otherwise ordered by the court. For all of the services outlined above, the attorney will be paid a fee of

$ 4,000.00 .

3

Oct 17 2013 2:29PM HP Fax 708-354-0673

Prior to signing this agreement the attorney has received $ 1,400.00 _____, leaving a balance due of $ 2,600.00 _____. In extraordinary circumstances, such as extended evidentiary hearings or appeals, the attorney may apply to the court for additional compensation for these services. Any such application must be accompanied by an itemization of the services rendered, showing the date, the time expended, and the identity of the attorney performing the services. The debtor must be served with a copy of the application and notified of the right to appear in court to object.

2. *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3. *Retainers.* The attorney may receive a retainer or other payment before filing the case, but may not receive fees directly from the debtor after the filing of the case. Unless the following provision is checked and completed, any retainer received by the attorney will be treated as a security retainer, to be placed in the attorney's client trust account until approval of a fee application by the court.

[✓]    Any retainer received by the attorney will be treated as an advance payment, allowing the attorney to take the retainer into income immediately. The reason for this treatment is the following: The signed retainer agreement states that payments on attorney fees are treated as _____ advance payment retainers. _____

In any application for fees, whether or not requiring an itemization, the attorney shall disclose to the court any fees paid by the debtor prior to the case filing.

4. *Improper conduct by the attorney.* If the debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

5. *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

6. *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Date: ___10/17/13___

Signed:

_____          _____

                                 Attorney for Debtor(s)

Debtor(s)
Do not sign if the fee amounts at top of this page are blank.

4

Form No. 23c

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jose J Ruvalcaba** _____    Case No. _____

                 Debtor(s)    Chapter   **13** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Jose J Ruvalcaba** _____ | X **/s/ Jose J Ruvalcaba**      **October 22, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor      Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jose J Ruvalcaba**                                                      Case No.
                                              Debtor(s)         Chapter    **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                  **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 22, 2013**                    **/s/ Jose J Ruvalcaba**
                                                **Jose J Ruvalcaba**
                                                Signature of Debtor

Advanta Bk
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477


AFC Automotive Finance Corporation
c/o Rubin & Levin,
500 Marriot Cnt, 342 Massachusetts
Indianapolis, IN 46204


AFC Automotive Finance Corporation
3434 Colony Bay Drive
Rockford, IL 61109


American Home Mtg Srv
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063


American Home Mtg Srv/Homeward Residenta
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063


Amex/American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


Associated Bank
200 N Adams St
Green Bay, WI 54301


Auto Zone
1530 Sycamore Road
DeKalb, IL 60115


Bank Of America
Attn: Bankruptcy NC4-105-0314
Po Box 26012
Greensboro, NC 27410


Bank Of America
Po Box 982235
El Paso, TX 79998

Cap1/bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital One FSB
10800 Nuckola Road
Glen Allen, VA 23060


Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 24696
Columbus, OH 43224


Chase Auto
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038


Chase Mht Bk
Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850


Christine Lannom Sturtz
PO Box 925
DeKalb, IL 60115


Clerk of Marion Superior Court
Case # 49D04-1307-CC-028101
200 E. Washington St, Room W-442
Indianapolis, IN 46204

Clerk of the 16th Dist, Dekalb Cnty
201 West State St
Sycamore, IL 60178


Clerk of the 23rd Circuit, Dekalb
133 W State Street
Attn: Docket #
Sycamore, IL 60178


Clerk of the 23rd Circuit, Dekalb
133 W State Street
Attn: Docket # 2013-CH-000237
Sycamore, IL 60178


Comenity Bank/Buckle
Attn: Bankruptcy
P.O. Box 182686
Columbus, OH 43218


Comenity Bank/Harlem Furniture
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218


Comenity Bank/Value City Rooms Today
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218


Comenity Bank/vctrssec
220 W Schrock Road
Westerville, OH 43081


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Dorothy Majara
Earl Sullivan POA
1318 N 1st
DeKalb, IL 60115


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Expo/cbsd
Citicards Private Label-Bankruptcy
Po Box 20483
Kansas City, MO 64195


G M A C
15303 S 94th Ave
Orland Park, IL 60462


Gc Iv Llc
8405 Sw Nimbus Ave S-A
Beaverton, OR 97008


GECRB/Gap
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gecrb/lord & Tay
Po Box 965015
Orlando, FL 32896


Hsbc Bank
Hsbc Card Services / Attn: Bankruptcy De
Po Box 5204
Carol Stream, IL 60197


Hsbc Bank
26525 North Riverwoods Blvd
Mettawa, IL 60045


Hsbc/menards
Attention: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


Ill Comm Cu
508 West State St
Sycamore, IL 60178

Illinois Community Cr
1807 W Diehl Rd
Naperville, IL 60563


Illinois Community Credit Union
508 West State Street
Sycamore, IL 60178


Illinois Community Cu
508 West State St
Sycamore, IL 60178


Infiniti Fin Svcs
Po Box 660366
Dallas, TX 75266


Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Kropik Papuga & Shaw
120 South LaSalle Street
Chicago, IL 60603


Lowes /GECRB
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076


Mid Amer Fsl
1001 S Washington St
Naperville, IL 60540


Mid Atlantic Finanace Company Inc
c/o Attorney Walter L Sanders PA
6936 W Linebaugh Avenue, Ste 101
Tampa, FL 33625


Nbgl-carsons
140 W Industrial Dr
Elmhurst, IL 60126

Nordstrom FSB
Attention: Account Services
Po Box 6566
Englewood, CO 80155


Patricia Conner
242 McMillan Court, Apt 103
Cortland, IL 60112


Resource Bank
Attn: Bank Officer
555 Bethany Road
DeKalb, IL 60115


Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040


Road Runners Auto Transport Inc
3950 W 115th Street
Markham, IL 60428


Royal Auto Transport Inc
766 W 95th Street
Hickory Hills, IL 60457


Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204


Sara Ruvalcaba/Teddy
1716 Tallmeadow Drive
DeKalb, IL 60115


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117


Sears/cbna
Po Box 6189
Sioux Falls, SD 57117

Small Business Administration
Sacramento Loan Processing Center
501 I Street, Suite 12-100
Sacramento, CA 95814-2322


Target N.b.
3701 Wayzata Blvd
Minneapolis, MN 55416


U.S. Department of the Treasury
Debt Management Services
PO Box 830794
Birmingham, AL 35283


Us Bank
Po Box 5227
Cincinnati, OH 45201


Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218


Volkswagon Credit Inc
National Bankruptcy Services
9441 Lbj Freeway, Suite 250
Dallas, TX 75241


Von Maur
Attn: Credit Dept
6565 Brady St.
Davenport, IA 52806


Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309


Zale/cbsd
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195